# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VENUS MARTINEZ,** | : | **CIVIL ACTION NO. 1:18-CV-1586** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **HARTFORD LIFE AND ACCIDENT** | : | |
| **INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 20th day of September, 2018, following the initial case management conference with counsel of record in the above-captioned action, and upon agreement of the same, it is hereby ORDERED that Cross Motions for Summary Judgment shall be filed on or before **March 4, 2019**.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania